# ELECTRONIC RECORD

**200-15**

COA # 01-13-00103-CR      OFFENSE: DWI

STYLE: O.D. Van Duren, Jr. v. The State of Texas      COUNTY: Harris

COA DISPOSITION: AFFIRM      TRIAL COURT: 174th District Court

DATE: 10/30/2014      Publish: NO      TC CASE #: 1307615

# IN THE COURT OF CRIMINAL APPEALS

STYLE: O.D. Van Duren, Jr. v. The State of Texas      CCA #: **200-15**

_PRO SE_ Petition      CCA Disposition:

FOR DISCRETIONARY REVIEW IN CCA IS:      DATE:

_STRUCK_      JUDGE:

DATE: _06/03/2015_      SIGNED:      PC:

JUDGE: _Per Curiam_      PUBLISH:      DNP:

----------------------------

_PRO SE_ PETITION FOR DISCRETIONARY REVIEW IS _REFUSED_ DATE 09/16/2015

JUDGE

_____ MOTION FOR REHEARING IN CCA IS: _____

JUDGE: _____